```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Richemont International SA, et al., :
                                    :
                                    :   25 CV 6284 (LAP)
                      Plaintiff(s), :
                                    :   ORDER OF CONFERENCE
          -against-                 :
                                    :
Malidani Jewelry Corp.,             :
                                    :
                      Defendant(s). :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on October 7, 2025 at 11:00 am for an Initial Pretrial Conference in the above action.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: September 22, 2025
New York, New York