UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA, ET AL.<br><br>             v.<br><br>MALIDANI JEWLERY CORP. | 25-CV-06284 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall file a joint letter by April 20, 2026 advising the Court of the status of settlement-related discovery and whether the Court should enter the proposed scheduling order at Dkt. 26.

**SO ORDERED.**

Dated:    New York, New York
          April 13, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge