

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

**BY ECF**

April 16, 2026

Hon. Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re:    *Richemont International SA et al v. Malidani Jewelry Corp.*, Case No. 1:25-cv-06284-LAP (S.D.N.Y.)

Dear Judge Preska,

We represent Plaintiffs Richemont International SA; Van Cleef & Arpels, a division of Richemont North America, Inc.; and Cartier, a division of Richemont North America, Inc. ("Richemont" or "Plaintiffs") in the above-referenced matter. We write to request that the Court enter the proposed schedule filed at ECF No. 26.

At the status conference held on April 13, 2026, the Court granted opposing counsel one additional week to work with his client to provide the source and accurate accounting information for the goods at issue. We met yesterday in my office with opposing counsel and two client representatives. We agreed to Rule 408, so we will not divulge the contents of the discussions except to say that nothing has changed, and we believe that settlement discussions are a waste of time. We therefore request permission to proceed to formal discovery.

We thank the Court for its continued attention to this matter.

Respectfully submitted,
*/s/ John Margiotta*
John P. Margiotta

T  212.813.5900  F  212.813.5901            **frosszelnick.com** / Fross Zelnick Lehrman & Zissu, P.C.

Hon. Loretta A. Preska
April 16, 2026
Page 2


cc:  All counsel of record (via ECF)




The proposed discovery schedule at Dkt.
26 is adopted.

**SO ORDERED.**

_Loretta A. Presley_
_____
Loretta A. Preska
United States District Judge

April 17, 2026